# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| QUORDALIS V. SANDERS,<br><br>         Plaintiff,<br>v.<br><br>CINDY O'DONNELL, BRAD HOMP, BRIAN FOSTER, T. MOON, G. LOOMAS, JENNFIER FELDER, and JASON JACKSON,<br><br>         Defendants. | Case No. 19-CV-437-JPS<br><br>**ORDER** |

   On April 4, 2019, the Court ordered that Plaintiff pay the full civil filing fee for this case within 14 days, meaning on or before April 18, 2019. (Docket #6). That deadline has long since passed, and the Court has not received payment of the filing fee. Instead, on April 8, 2019, Plaintiff filed a motion for appointment of counsel to assist him in obtaining a legal loan. (Docket #7). It is the Court's role to appoint counsel when the difficulty of the case exceeds the particular plaintiff's capacity to coherently present it to the judge or jury himself, *Pruitt v. Mote,* 503 F.3d 647, 655 (7th Cir. 2007), not when the plaintiff needs a funding mechanism for his litigation. Plaintiff is a prolific filer of unmeritorious cases, having already incurred three strikes under 28 U.S.C. § 1915(g). He has only himself to blame for the difficulties he is having prosecuting the myriad lawsuits he files. Plaintiff's motion for appointment of counsel will be denied and this case will be dismissed without prejudice for failure to pay the filing fee. *See* Civil L. R. 41(c).

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for appointment of counsel (Docket #7) be and the same is hereby **DENIED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED without prejudice**.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 16th day of May, 2019.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge